**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MICHAL TRELSKI,

     Plaintiff,

              Case No. 3:15-cv-00310

v.

NCO FINANCIAL SYSTEMS, INC.,

     Defendant.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, NCO Financial Systems, Inc. and Michal Trelski, file this joint stipulation of voluntary dismissal with prejudice and state that the parties dismiss with prejudice all claims against each other.  Each party is to bear its own fees and costs.

Respectfully submitted this 7th day of July, 2015,

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Email:  aeasley@sessions-law.biz
Attorney for Defendant

/s/ Joshua B. Kons
Joshua B. Kons, Esq.
Law Offices of Joshua B. Kons, LLC
50 Albany Turnpike, Suite 4024
Canton, CT 06019
Telephone: (860) 920-5181
Email: joshuakons@konslaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on this 7th day of July, 2015, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Joshua B. Kons
Attorney for Plaintiff